**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

        *Plaintiffs*,

      v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

        *Defendants*.

Civil Action No. 26-cv-01114 (CJN)

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

        *Plaintiffs*,

      v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

        *Defendants*.

Civil Action No. 26-cv-01132 (CJN)

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

        *Plaintiffs*,

      v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

        *Defendants*.

Civil Action No. 26-cv-01151 (CJN)

1

**ORDER**

Plaintiffs DSCC, DCCC, Democratic National Committee, Democratic Governors Association, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries (together, the Democratic Party Plaintiffs) request that the Court consolidate this case with *League of United Latin American Citizens, et al. v. Executive Office of the President, et al.*, 26-cv-01132-CJN, and *National Association for the Advancement of Colored People, et al. v. Trump, et al.*, 26-cv-01151-CJN.  *See* ECF No. 25.  All parties agree that consolidation is appropriate.  *Id.* at 3; *see also League of United Latin American Citizens, et al. v. Executive Office of the President, et al.*, 26-cv-01132-CJN, ECF No. 19.  Having considered the record and relevant caselaw, the Court concludes that consolidation is warranted.

Accordingly, it is hereby

**ORDERED** that the Democratic Party Plaintiffs' request, *see* ECF No. 25 at 3, is **GRANTED**; and it is further

**ORDERED** that all parties abide by the modified briefing schedule set forth in the Court's April 9, 2026 Minute Order in *League of United Latin American Citizens, et al. v. Executive Office of the President, et al.*, 26-cv-01132-CJN.

The Clerk of Court is directed to (1) consolidate *DSCC, et al. v. Trump, et al.*, 26-cv-01114-CJN, *League of United Latin American Citizens, et al. v. Executive Office of the President, et al.*, 26-cv-01132-CJN, and *National Association for the Advancement of Colored People, et al. v. Trump, et al.* for all purposes and (2) file a copy of this order in all three cases.

All future filings shall be made in *DSCC, et al. v. Trump, et al.*, 26-cv-01114-CJN.

It is **SO ORDERED**.

DATE:  April 9, 2026

CARL J. NICHOLS
United States District Judge

3